■ UNITED AVIATION SERVICES, INC., Appellant, v SUNBURST HOLIDAYS, INC., et al., Respondents.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on August 10, 1989, unanimously affirmed for the reasons stated by Stanley

Sklar, J. Respondents shall recover of appellant one bill of $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Asch, Milonas, Wallach and Rubin, JJ.